# United States District Court
## Eastern District of California

**UNITED STATES OF AMERICA**         **CRIMINAL COMPLAINT**

V.

**FIONA MARIE FOTHERBY**         **DOCKET NUMBER:**

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Fiona Marie FOTHERBY did:

**Count 1:** Possess a controlled substance (marijuana), in violation of 36 Code of Federal Regulations § 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On December 6, 2013, at approximately 1750 hours, in Yosemite National Park, Yosemite Emergency Communications Center dispatched Ranger Johnson to a vehicle that slid off the roadway about one mile east of El Cap Cross in Yosemite Valley.

Upon arrival at the scene, Ranger Johnson observed a green Toyota Tacoma pickup slid just off the south side of the road into a small ditch. The road was icy and the temperature was about 28 degrees F. The driver and passenger, Fiona Marie FOTHERBY were out of the vehicle with two plow drivers that had stopped to assist them. Ranger Johnson ordered a tow truck for the vehicle and informed the driver and passenger that they could return to the vehicle to stay warm and out of the road. Ranger Tucker arrived at about 2000 hours. Ranger Johnson and Ranger Tucker went back to the vehicle and immediately smelled the odor of burnt marijuana emanating from within the vehicle. The driver initially stated there was no marijuana inside the vehicle. The driver then stated there was a joint inside the vehicle.

FOTHERBY also admitted to possessing marijuana and said she provided the marijuana to the driver. FOTHERBY produced one whole and two partially burned marijuana cigarettes (totaling 1.1 grams) that were stored inside a cigarette container. FOTHERBY

Speedy Trial Act Applies: **No**                 U.S. v. Fiona Marie Fotherby
                                                                              Criminal Complaint

stated they had smoked marijuana in Manteca en route to Yosemite. Manteca, CA is roughly 120 miles west of Yosemite Valley.

FOTHERBY was placed under arrest and transported to the Yosemite Holding Facility.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

12/12/2013
Date

Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence, in Yosemite National Park, California.

12/12/13
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California