Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO. 6:13-mj-121-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| FIONA FOTHERBY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: January 27, 2014          NATIONAL PARK SERVICE

/S/ Matthew McNease
Matthew McNease
Acting Legal Officer

**ORDER**

1

1
2      Upon application of the United States, and good cause having been shown
3 therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*
4 *Fiona Fotherby*, Docket No. 6:13-mj-121-MJS, be dismissed, without prejudice, in the
5 interest of justice.
6
7 Dated: _____, 2014          By:_____
8                                          Honorable Michael J. Seng
                                         United States Magistrate Judge