Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:13-mj-121-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| FIONA FOTHERBY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

Court endorsed hereon, the United States hereby moves the Court for an order of

dismissal without prejudice in the interest of justice.

Dated:  January 27, 2014          NATIONAL PARK SERVICE


 /S/ Matthew McNease_____
Matthew McNease

Acting Legal Officer

1

1

**ORDER**

2

3        Upon application of the United States, and good cause having been shown

4   therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*

5   *Fiona Fotherby*, Docket No. 6:13-mj-121-MJS, be dismissed, without prejudice, in the

6   interest of justice and the Status Conference set for February 25, 2014 at 10:00 AM be

7   vacated.

8

IT IS SO ORDERED.

9

10        Dated:   __January 27, 2014__        ___/s/ *Michael J. Seng*

11                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28